# CRIMINAL DOCKET - U.S. District Court

County Code: 37147

AO 256 (Rev. 2/86)

**PO** ☐ 417 04 1709
**Misd.** ☐
**Felony** ☒ District | Off | Judge/Magistr. | Disp./Sentence: 1705

☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD

U.S. (LAST, FIRST, MIDDLE) VS. Green, Michael

Case Filed: 05/25/93
No. of Def's: 34
Docket No.: 00032
Def.: 34

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to conduct a Gambling Business (Ct. 1) | 1 |
| 18:1955 | Illegal Gambling Business; Aiding & Abetting (Ct. 2) | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears-on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE 05/25/93 APPLICABLE: ☒ Indictment filed/unsealed, consent to Magr. trial on complaint, Information, Felony-W/waiver
- KEY DATE 6/2/93:
  a) ☒ 1st appears on pending charge /R40
  b) ☐ Receive file R20/21
  c) ☐ Supsdg: ☐ Ind ☐ Inf
  d) ☐ Order New trial
  e) ☐ Remand f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE 9-24-93 APPLICABLE: Dismissal, Pled Guilty/After N.G., Nolo/After nolo, Trial (voir dire) began, Jury/N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 9-24-93 | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion

## III. MAGISTRATE

Search Warrant: Issued/Return
Summons: Issued/Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled ▶ / OR REMOVAL HEARING — Date Held ▶
☐ WAIVED ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

William Delahoyde

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Rt.2, Box 156W
Warsaw, NC  28398

Robert Dale Jacobson
P.O. Box 1795
Lumberton, NC  28359
739-8887

70 days up: 8/11/93

PTD: 9-20 FAY

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions:
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set 6/2/93
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☒ Pers. Rec.
☐ PSA
Conditions:
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO | Yr. | Docket No | Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT  PAGE ___ OF ___ | V: EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | **V. PROCEEDINGS** (OPTIONAL) Show last names of defendants | | | |
| | | | | **Judge Howard and Judge Dixon** | | | |
| 5/25/93 | | | 1 | INDICTMENT FILED - c: USA, USPO, PTS, USM, New Bern Div., Judge Dixon, Judge Howard                                                                 jh | | | |
| 5/25/93 | | | | REQUEST FOR WARRANT - by USA - Bond Rec: $100,000. Uns.                jh | | | |
| 5/26/93 | | | 2 | WARRANT FOR ARREST - Orig and 1c: USM w/copy of Indictment c: USA                                                                               jh | | | |
| 6/2/93 | | | | INITIAL APPEARANCE at New Bern Before Judge Mccotter (Proc. Rec.) Deft adv. of all rights - charges and penalties CJA23 completed and approved Deft rel. on bond this date.                                                jh | | | |
| 6/2/93 | | | 3 | ORDER that the FPD provide representation in this case. (Judge McCotter) c: USA, PTS, FPD Office                                jh | | | |
| 6/2/93 | | | 4 | ORDER SETTING CONDITIONS OF RELEASE - P.R. with spec. conds. (Judge McCotter) c: USA, USPO, PTS, USM, DEFT, FPD OFFICE   jh | | | |
| 6/2/93 | | | | Form to Judge Dixon for PTS Order by NB Div.                          jh | | | |
| 6/10/93 | | | 5 | ORDER ON PRETRIAL SCHEDULING - Conf by: 6/28/93, Mtns by: 7/8/93 Resp. by: 7/19/93 (Judge Dixon) c: USA, Judge Howard, Counsel                                              jh | | | |
| 6/22/93 | | | 6 | RETURN ON WARRANT - date rec'd 6/2/93, date of arrest 6/2/93 (Bill Dickinson, DUSM)                                                 jh | | | |
| 6-25-93 | | | 7 | NOTICE OF APPEARANCE by Robert Jacobson, Lumberton, NC w/cs c: USA, USPO, PTS, JUDGE HOWARD, JUDGE DIXON                              cm | | | |
| 9/17/93 | | | 8 | MOTION TO DISMISS INDICTMENT AGAINST DEFT - w/cs by Govt c: Judge H.  jh | | | |
| 9-24-93 | | | 9 | ORDER - dismissing the indictment    (Judge Howard) CROB#17 P 51 1c: USA, USPO, Counsel, USM, PTS, Judge Howard.        fs | | | |





LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospital in 10 days [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def awaiting trial of codefendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons [T1 thru T4] is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

Case 4:93-cr-00032-H   Document 39   Filed 05/25/93   Page 2 of 2

CONTINUED TO PAGE ___